Brtty Allen, P.C.
Betty Allen-Newton
State Bar #01018550
3141 Hood St., Suite 400
(214)219-9275  Metro:  (817)226-2324
(817)860-8778 Fax

Attorney for Debtor

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **ERNEST EDWARD WELLS** | § | Case #04-818877-SAF-7 |
| | § | |
| Debtor | § | Chapter 7 |
| | § | |
| **THE CADLE COMPANY** | § | |
| Plaintiff, | § | Adversary Number 05-03038-saf |
| | § | |
| vs. | § | |
| | § | |
| **ERNEST EDWARD WELLS** | § | |
| Defendant. | § | |

### ANSWER TO ORIGINAL COMPLAINT

Comes now, **Ernest Edward Wells, debtor,** in answer to Original Complaint filed by Plaintiff and shows the Court as follows:

1. Defendant admits the allegations contained in paragraph 1 through 6 of Plaintiff's Complaint.

2. Defendant denies that he had a race horse "Take Me Out Deputy" at the time he filed, and he stated at the first meeting of creditors that he had forgotten to add a 1994 horse trailer and amended his Schedule "B" after the first meeting of creditors to include the 1994 horse trailer, which has been used for storage in Louisiana for the last several years.

3. Defendant denies the allegations contained in paragraph 8 of Plaintiff's Complaint.

4. Defendant denies that he owns any right or title to any colts that may have been conceived prior to the filing of his bankruptcy.

5. Defendant stated at the first meeting of creditors that he had accounts at a horse racing facility at the time of filing the bankruptcy, and he amended Schedule "B" to add that information after the first meeting of creditors.

6. Defendant denies the allegations contained in paragraphs 11 through 14 of Plaintiff's Complaint.

7. Defendant admits that the provisions as listed in paragraphs 15 through 17 set forth in Plaintiff's Complaint are provided in the Bankruptcy Code.

8. Defendant denies the allegations contained in paragraph 18 of Plaintiff's Complaint.

Defendant prays that:

1. The relief sought by Plaintiff in said Complaint be denied.

2. Defendant recover all costs expended; and

3. Such other relief that is just be granted to Defendant.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the relief sought in the Complaint be denied and that the Court grant Defendant any such other relief to which he may be entitled.

Respectfully submitted,

By_____
Betty Allen-Newton
State Bar #01018550
Bety Allen, P.C.
3141 Hood St., Suite 400
Dallas, TX 75219
(214)219-9275 Metro:(817)226-2324
(817)860-8778 Fax

Attorney for Defendant

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy Defendant's Answer to Original Complaint has been sent to the individuals listed below by depositing in the United States Mail, postage prepaid, on the 2nd day of March, 2005.

Andrew F. Emerson
2121 San Jacinto St., Suite 840
Dallas, TX 75201

_____
Betty Allen-Newton