

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

**TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET**

**The following constitutes the order of the Court.**

Signed November 30, 2005

**United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| ERNEST EDWARD WELLS, § | Case No. 04-81887-SAF-7 |
| § | |
| DEBTOR. § | |

### ORDER APPROVING SETTLEMENT OF CONTROVERSY

This matter came before the Court upon the Joint Motion of Debtor and The Cadle Company to Approve Settlement Agreement, Settle Controversy and Dismiss Adversary Proceeding (the "Motion"). The Court finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The Settlement Agreement attached as Exhibit "A' to the Motion is approved;

2. The Judgment owned by Cadle and entered in Cause No. W-2004-3734 in the District Court of Oklahoma County, State of Oklahoma, as more fully described in the Settlement Agreement is not discharged; and

3. Adversary proceeding no. 05-3038, *The Cadle Co. v. Ernest Edward Wells* is dismissed without prejudice to either party.1

* * * * END OF ORDER * * * *

Approved as to Form and Substance:

/s/ Charles B. Hendricks
Charles B. Hendricks
CAVAZOS, HENDRICKS & POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, Texas 75202
(214) 748-8171
(214) 748-6750 Fax
COUNSEL FOR TRUSTEE
JAMES W. CUNNINGHAM


 /s/ Robert K. Frisch
Robert K. Frisch
State Bar No. 07480500
ROBERT K. FRISCH, P.C.
5550 LBJ Freeway, Suite 550
Dallas, Texas 75240
Telephone: (972) 368-3940
Facsimile: (972) 764-0928
COUNSEL FOR ERNEST EDWARD WELLS


   /s/ Andrew F. Emerson
Andrew F. Emerson
State Bar No. 06599200
Michael J. Scott
State Bar No. 24000876
LAW OFFICE OF ANDREW F. EMERSON
2121 San Jacinto St., Suite 840
Dallas, Texas 75201
(214) 397-0032
(214) 397-0051 (Fax)
COUNSEL FOR THE CADLE COMPANY

---

1 The court has inserted the adversary proceeding number and style in paragraph #3 for clarity.